LOUISE DORAN, Respondent, *v.* WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.

*Judgment — associations — action to recover on foreign judgment against joint stock association organized under the laws of this State.*

*Doran* v. *Barrett*, 212 App. Div. 814, affirmed.

(Argued January 14, 1926; decided February 24, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 30, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover upon a judgment of the Court of Common Pleas of the State of Pennsylvania in favor of plaintiff entered upon a verdict in an action against the Adams Express Company, a joint stock association organized under the laws of this State. The question was whether the judgment could be enforced by suit in the courts of the State against William M. Barrett, as president of the Adams Express Company.

*B. P. Kerfoot, Charles W. Stockton* and *Kenneth E. Stockton* for appellant.

*Eugene Mackey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: CARDOZO, J.

---

LOUIS COLUCCI, Appellant, *v.* LEHIGH VALLEY RAILROAD COMPANY, Respondent.

*Negligence — railroads — trial in this State of action to recover for injuries received in New Jersey by being struck by train at railroad crossing — motion to dismiss complaint for failure of plaintiff to show freedom from contributory negligence — New Jersey statute providing that question of contributory negligence should be left to jury properly disregarded by court in passing upon motion.*

*Colucci* v. *Lehigh Valley R. R. Co.*, 214 App. Div. 722, affirmed.

(Argued January 14, 1926; decided February 24, 1926.)

APPEAL, by permission, from a judgment entered June 5, 1925, upon an order of the Appellate Division of the

33